# UNITED STATES DISTRICT COURT
## ___ DISTRICT OF MASSACHUSETTS ___

UNITED STATES OF AMERICA

v.

Hamman Mousli
19 Orvis Road
Revere, MA

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

M.J. No.: 04M-1111-JGD

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **June 9, 2004** in **Revere** in the District of **Massachusetts**, defendant, being a person illegally in the United States and a person who was legally admitted to the United States only on a non-immigrant visa, did knowingly or intentionally possess two firearms, to-wit: a Smith & Wesson .38 revolver bearing serial number BCA2229; and a Marlin .60 rifle bearing serial number 10462050, in violation of Title **18** United States Code, Section **922(g)(5)**. I further state that I am a **FBI Task Force Agent** and that this complaint is based on the following facts:

**Please see attached Affidavit of Task Force Agent Thomas K. Sarrouf**

continued on the attached sheet and made a part hereof: [x] Yes [ ] No

_____
Signature of Complainant
Task Force Agent Thomas K. Sarrouf

Sworn to before me and subscribed in my presence,

**September 16, 2004**          at  **Boston, Massachusetts**
Date                                City and State

**JUDITH G. DEIN**
**United States Magistrate Judge**       _____
Name and Title of Judicial Officer        Signature of Judicial Officer

**AFFIDAVIT OF TASK FORCE AGENT THOMAS K. SARROUF**

I, Thomas K. Sarrouf, being duly sworn, depose and state as follows:

1. I am a Trooper with the Massachusetts State Police and a Task Force Agent with the FBI's Joint Terrorism Task Force ("JTTF"). I am submitting this affidavit in support of an application for a criminal complaint charging **HAMMAM MOUSLI** with a violation of Title 18, United States Code, Section 922(g)(5) (alien-in-possession of a firearm).

2. I have been employed as a Massachusetts State Police for approximately seven years and was assigned to the JTTF as a Task Force Agent earlier this year. In my seven years of law enforcement experience, I have been involved in dozens of investigations relating to a wide variety of suspected criminal activity.

3. I am familiar with federal firearm laws and know that it is a violation of Title 18, United States Code, Section 922(g)(5) for a person to possess any firearm in or affecting commerce if that person is illegally in the United States or was legally admitted to the United States only on a non-immigrant visa.

4. The statements contained in this affidavit are based upon my own investigation as well as information provided to me by other law enforcement officers who have worked on this

1

investigation. I have also reviewed reports prepared by one or more of these agents.

5. This affidavit is being submitted for the limited purpose of establishing probable cause to believe that **MOUSLI** has committed the above-described offense. Accordingly, I have not included each and every fact known to myself and other law enforcement officers involved in this investigation.

6. **HAMMAM MOUSLI** came to the attention of law enforcement earlier this year as a result of information provided by security personnel of the Target Corporation, a large retailer with various department stores located in Massachusetts and other states. According to Target personnel, **HAMMAM MOUSLI** had been involved a series of transactions in, among other places, Target stores in which he was alleged to have purchased expensive electronic and other items using forged preprinted Universal Product Codes ("UPC") that enable the purchaser to obtain items for a fraction of their retail cost.

7. **MOUSLI** was arrested on April 6, 2004 and charged with shoplifting based on his alleged use of fraudulent UPC stickers. As a result of that arrest and the investigation that followed it, law enforcement agents developed information that **MOUSLI** had entered into a series of transactions using fraudulent UPC

stickers and was then reselling items so acquired on the internet.

8. On June 9, 2004,, a state search warrant was obtained for **MOUSLI's** residence located at 19 Orvis Road in Revere, Massachusetts ("the Target Premises") as a result of information generated during this investigation. The Target Premises is a basement apartment that **MOUSLI** identified as his residence. The officers who conducted the search indicated that **MOUSLI** was the sole occupant of the Target Premises. The search warrant permitted officers to search the Target Premises and seize certain specified materials relating to the ongoing larceny investigation.

9. In the course of executing the search warrant at the Target Premises, officers discovered two firearms. A Smith & Wesson .38 revolver bearing serial number BCA2229 was found in the pocket of a leather coat hanging in a closet. A Marlin .60 rifle bearing serial number 10462050 was also found. After the first weapon was discovered, officers on the scene consulted available law enforcement databases to determine if **MOUSLI** had a firearms identification card required for him to legally possess the firearms under Massachusetts law. After determining that **MOUSLI** did not, the firearms were seized.

10.  I have consulted with Special Agent S.L. McDowell of the Bureau of Alcohol Tobacco, and Firearms ("ATF") regarding the firearms seized from the Target Premises.  Based on his training and experience and information available on ATF databases, Special Agent McDowell has advised me that Marlin Firearms are manufactured outside Massachusetts and that, after its manufacture, the Marlin .60 rifle seized from the Target Premises was originally shipped to a Service Merchandise location in Montgomery, New York.  Special Agent McDowell has also advised me that, although Smith and Wesson firearms may be manufactured in Massachusetts, the Smith and Wesson .38 revolver seized from the Target Premises was shipped to Laurie's Firearms in Portsmouth, New Hampshire after its manufacture.  I have also learned from the ATF that the business records of the firearm dealer who sold the Smith & Wesson revolver indicate that it was sold to **MOUSLI**.

11.  I have also consulted with Special Agent Gregory Nevano of the Department of Homeland Security, Immigration and Customs Enforcement ("ICE") regarding **MOUSLI**'s immigration status. Special Agent Nevano has advised me that **MOUSLI** is not a citizen of the United States and that he is in the United States illegally.  According to information obtained by ICE directly from **MOUSLI, MOUSLI** entered the United States in 1981 on a

student visa to attend Northeastern University. **MOUSLI** claimed that he attended Northeatern for one semester, dropped out, and simply remained in the United States. ICE indices also disclose no record of an extension of stay, request for change or adjustment of status.

12. Based upon the information above, I believe that probable cause exists to conclude that on or about June 9, 2004 in Revere, in the District of Massachusetts, **HAMMAM MOUSLI,** being an alien illegally in the United States and being admitted to the United States on a non-immigrant visa, did knowingly possess, in and affecting commerce, two firearms: a Marlin .60 rifle bearing serial number 10462050; and a Smith & Wesson .38 revolver bearing serial number BCA2229 in violation of Title 18, United States Code, Section 922(g)(5).

THOMAS K. SARROUF
Task Force Agent
Federal Bureau of Investigation
Joint Terrorism Task Force


   Subscribed and sworn to before me this 17th day of September, 2004.

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

5

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

WARRANT FOR ARREST

HAMMAM MOUSLI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **HAMMAM MOUSLI**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

Being an alien illegally in the United States and being admitted to the United States on a non-immigrant visa in possession of a firearm

in violation of Title _____ United States Code, Section(s) __922(g)(5)__.

Judi_____                              US Magistrate Judge
Name of Issuing Officer                     Title of Issuing Officer

_[signature]_                               Boston, MA; September 17, 2004
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____                     BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT_____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Revere     **Category No.** II     **Investigating Agency** FBI

**City** Revere     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Mousli, Hammam.     Juvenile:  ☐ Yes   X No

Alias Name  N/A

Address  19 Orvis Road, Revere, MA

Birthdate: 1959     SS # 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     Sex: MALE   Race: Middle Eastern   Nationalit Syria

**Defense Counsel if known:** _____     Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA  KIM WEST/JOHN A. WORTMANN, JR.     Bar Number if applicable _____

Interpreter:  ☐ Yes   X No     List language and/or dialect: _____

**Matter to be SEALED:**   Yes   X No

Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date _____

Already in Federal Custody as of _____ in _____
Already in State Custody at ~~Suffolk~~     ☐ Serving Sentence     X Awaiting Trial
On Pretrial Release:  Ordered by: _____     on _____

**Charging Document:**     x Complaint     ☐ Information     Indictment

**Total # of Counts:**     ☐ Petty ——— ☐ Misdemeanor ——— X Felony     1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/17/04     Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    HAMMAM MOUSLI

U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   18 USC 922(G)(5) | ALIEN IN POSSESSION OF A FIREARM | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

js-45-.wpd - 2/7/02