# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

HAMMAM MOUSLI

**WARRANT FOR ARREST**

Case Number: 04M-1111-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __HAMMAM MOUSLI__
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

Being an alien illegally in the United States and being admitted to the United States on a non-immigrant visa in possession of a firearm

in violation of Title _____ United States Code, Section(s) __922(g)(5)__.

Judi_____                                US Magistrate Judge
Name of Issuing Officer                      Title of Issuing Officer

_[signature]_                                Boston, MA; September 17, 2004
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____                   BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | WARRANT EXECUTED BY FBI  BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

_Stamps: FILED IN CLERK'S OFFICE 2004 OCT -1 P 4:03 U.S. DISTRICT COURT DISTRICT OF MASS; RECEIVED 2004 SEP 17 A 11:10 U.S. MARSHAL SERVICE BOSTON, MA_

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: HAMMAM MOUSLI

ALIAS: N/A

LAST KNOWN RESIDENCE: 19 ORVIS ROAD, REVERE, MA

LAST KNOWN EMPLOYMENT: 7-11 STORE, WHITMAN, MA

PLACE OF BIRTH: SYRIA

DATE OF BIRTH: 5/1/59

SOCIAL SECURITY NUMBER: 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

HEIGHT: 511            WEIGHT: 195

SEX: MALE              RACE: MIDDLE EASTERN

HAIR: BROWN            EYES: BROWN

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: 186942EC5

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: FBI BOSTON