UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
04M-1111-JGD

UNITED STATES OF AMERICA

v.

HAMMAN MOUSLI

## MEMORANDUM AND ORDER OF DETENTION

October 27, 2004

DEIN, M.J.

The defendant is charged in a criminal complaint with being a person illegally in the United States and a person who was legally admitted to the United States only on a non-immigrant visa in possession of two firearms in violation of 18 U.S.C. § 922(g)(5). An initial appearance was held on September 29, 2004, at which time the government moved for a detention hearing on the grounds that the defendant poses a serious risk of flight in accordance with 18 U.S.C. § 3142(f)(2)(A). The defendant was represented by counsel at his initial appearance. The hearing on detention was continued various times at the request of defendant's then counsel. New counsel was appointed on this date.

A detention hearing was held on this date, at which time the defendant was represented by counsel. At the hearing, the defendant, through counsel, waived his right to a detention hearing at this time, and consented to an order of detention without prejudice.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1)     That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing for the purpose of considering conditions of release, regardless whether there have been changed circumstances.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge