UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO.0414-1111-JGD |
| | ) |
| HAMMAN MOUSLI | ) |

### *EX PARTE* MOTION BY THE DEFENDANT FOR INVESTIGATIVE SERVICES

Now comes the Defendant in the above-captioned action and because he is indigent and is receiving services by court-appointed counsel under the Criminal Justice Act, applies for the services of an investigator in the above-captioned action.

As reason therefore, the Defendant states he wishes to investigate the probable cause given for the search warrant in this case. Therefore, the Defendant moves <u>ex parte</u> for the allowance of this motion for investigative services. Counsel predicts that investigative services will cost approximately $1500.00

December 28, 2004          Respectfully submitted
                           Hamman Mousli
                           By his attorney,

                           /S/ Frank Fernandez
                           Francisco Fernandez
                           4 Longfellow Place, 35th Floor
                           Boston, MA 02114